■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEBASTIAN SEBAG, Appellant. [43 NYS3d 746]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Larry Stephen, J.), rendered October 21, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, regardless of whether defendant made a valid waiver of the right to appeal, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Saxe, J.P., Moskowitz, Gische, Kahn and Gesmer, JJ.